# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, | Case No. CV 18-5067-JEM |
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT FRAVENHEIM, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 26, 2018

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE